## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Located in **Richmond**

**IN RE**

| | |
|---|---|
| **William Lee Anderson** | Case No. **16-33005-KRH** |
| *aka* **New Beginnings Homes, LLC** | Chapter 13 |
| | |
| **Debtor** | |

_____

### OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN

COMES NOW, BRANCH BANKING AND TRUST COMPANY by Counsel, and for its

Objection to Confirmation of the Chapter 11 Plan filed by the debtor states as follows:

1.  The bank is a secured creditor of the debtor pursuant to a Deed of Trust dated

    February 13th, 2003 which secures a Mortgage Note to real property of the

    Debtors located at 6233 Lakeside Avenue Richmond VA 23228.

2.  As of the date of filing, the lender was owed approximately $51,439.59 of which

    $8,936.90 are the pre-petition arrears.

3.  Debtor plan proposes to modify the terms of the promissory note by reducing the

    interest rate from 9.375% to 6.00%.

4.  Branch Banking and Trust Company objects as the balance of its debt as stated

    in the plan is $46,043.00 instead of $51,439.59.

5.  Branch Banking and Trust Company objects to confirmation and the proposed

    modification of the interest rate and loan terms for the following reasons:

    a. The proposed rate of 6.00% is not reasonable and does not comply with

*Till v. SCS Credit Corp.*, 541U.S. 465, 124 S.Ct. 1951, 158 L.Ed. 2d 787 (2004) in that

the proposed interest rate of 6.00% is not the market rate which is available to a chapter

13 debtor.

MARK MEYER
MD BAR 15070
ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

b.      The plan fails to address payment of escrow amounts for hazard insurance for

the subject loan.

c.      The proposed plan payments of $300.00 per month are not feasible as the

Debtor's schedules show negative net income of $2,605.00.

d.      The proposed additional and majority funding of the plan of lump sum payments

based on future sales of property is speculative at best.

WHEREFORE, Branch Banking and Trust Company requests that this honorable court

deny confirmation of the Chapter 13 plan and for such other and further relief as this court

deems just and proper.

Respectfully Submitted,

ROSENBERG & ASSOCIATES, LLC

/s/ Mark D. Meyer
Mark D. Meyer, #74290
4340 East West Highway, Suite 600
Bethesda, Maryland 20814
(301) 907-8000

MARK MEYER
MD BAR 15070
ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on **Tuesday, July 26, 2016** a copy of the foregoing
Objection to Plan was served via first class postage prepaid, or electronic email, to the
following:

**Suzanne E. Wade, Trustee**
P.O. Box 1780
Richmond, VA 23218

**James H. Wilson, Jr., Esquire**
4860 Cox Road, Suite 200
Glen Allen, VA 23060

**William Lee Anderson**
*aka* **New Beginnings Homes, LLC**
6233 Lakeside Avenue
Richmond, VA 23228

                                                                    /s/ Mark D. Meyer
                                                                    Mark D. Meyer

MARK MEYER
MD BAR 15070
ROSENBERG & ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000