UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: William Lee Anderson, Debtor        )        Case No. 16-33005-KRH
                                           )        Chapter 13

## NOTICE OF HEARING AND OBJECTION TO CONFIRMATION

COMES NOW the Chapter 13 Trustee, Suzanne E. Wade, and moves this Court to deny confirmation of the plan dated June 28, 2016, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on June 15, 2016 under 11 U.S.C. Chapter 13.

2. This Objection is filed pursuant to 11 U.S.C. § 1325.

3. The above-filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to file and provide copies of his individual state and federal income tax returns, as required by 11 U.S.C.§ 1308.  At the 341 Meeting of Creditors, the Debtor indicated he had not filed tax returns for the 2008 through 2015 tax years.  The Trustee would request the Debtor provide copies of his state and federal individual income tax returns, once filed, for the 2008 through 2015 tax years to allow the Trustee to ensure his compliance with the requirements of the United States Bankruptcy Code

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee respectfully moves the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan, and for such further and other relief as the Court deems necessary.

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
1313 East Main Street, Suite A
Post Office Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979

**Notice is hereby given, pursuant to Local Rule 3015(E)(2), that a hearing on this motion will be held at United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia, 23219, on August 17, 2016 at 11:10 A.M.**

Date: August 10, 2016  /s/ Suzanne E. Wade
Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing NOTICE OF HEARING AND OBJECTION TO CONFIRMATION was served by first-class mail, postage prepaid, this 10th day of August, 2016, upon the Debtor, William Lee Anderson, at 6012 Club Road, Henrico, VA 23228.  Debtor's counsel, James H. Wilson, Jr. , Esquire, was served by electronic notification to jameswilson29@gmail.com.

/s/ Suzanne E. Wade
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: William Lee Anderson, Debtor            )         Case No. 16-33005-KRH
                                               )         Chapter 13
    6012 Club Road                            )
    Henrico, VA 23228                         )
                                               )
    XXX-XX-0502                               )

## NOTICE OF OBJECTION TO CONFIRMATION

    Suzanne E. Wade, Chapter 13 Trustee, has filed papers with the Court objecting to the confirmation of your Chapter 13 Plan dated June 28, 2016.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

    If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

    File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough that the Court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, Virginia  23219

    You must also mail a copy to:

        Suzanne E. Wade, Chapter 13 Trustee
        Post Office Box 1780
        Richmond, Virginia 23218-1780

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection, and may enter an order granting that relief.

Date: August 10, 2016                                                        /s/ Suzanne E. Wade
                                                                                 Chapter 13 Trustee

**Suzanne E. Wade, Chapter 13 Trustee**
Virginia State Bar Number 31868
1313 East Main Street, Suite A
Post Office Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979

## **CERTIFICATE OF SERVICE**

      I hereby certify a true copy of the foregoing NOTICE OF OBJECTION TO CONFIRMATION was served by first-class mail, postage prepaid, this 10th day of August, 2016, upon the Debtor, William Lee Anderson, at 6012 Club Road, Henrico, VA 23228. Debtor's counsel, James H. Wilson, Jr. , Esquire, was served by electronic notification to jameswilson29@gmail.com.

                                                    /s/ Suzanne E. Wade\_\_\_
                                                         Chapter 13 Trustee